Case 1:15-cv-00901-JB-WPL   Document 1-2   Filed 10/07/15   Page 1 of 3

FILED IN MY OFFICE
DISTRICT COURT CLERK
9/15/2015 3:01:57 PM
STEPHEN T. PACHECO
Rochelle Ortiz

FILED IN MY OFFICE
DISTRICT COURT CLERK
9/2/2015 4:00:03 PM
STEPHEN T. PACHECO
Ayalita Kaltenbach

| \ | SUMMONS ON COMPLAINT | |
|---|---|---|
| District Court:<br>First Judicial District Court<br>Rio Arriba County Courthouse<br>P.O. Drawer 40<br>Tierra Amarilla, NM 87575 | Case Number:<br>D-117-CV-2015-00301<br><br>Assigned Judge:<br>Honorable Jennifer L. Attrep | |
| Plaintiff:<br>**John Trujillo**<br>v.<br>Defendant(s):<br>**RIO ARRIBA COUNTY ex. rel**<br>**RIO ARRIBA COUNTY SHERRIFF'S DEPARTMENT, DEPUTY GILBERT ATENCIO, in his individual capacity, and LIEUTENANT MARVIN ARMIJO, in his individual capacity,** | Defendant<br>**RIO ARRIBA COUNTY ex. rel**<br>**Attention: County Clerk**<br>Address:  1122 Industrial Park<br>Espanola, NM 87532 | |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.   A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2.   You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Courts address is listed above.

3.   You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4.   If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5.   You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6.   If you need an interpreter, you must ask for one in writing.

7.   You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at   Santa Fe   ,New Mexico, this 2nd day of September, 2015.
CLERK OF DISTRICT COURT / STEPHEN T. PACHECO

By *Ayalita Kaltenbach*

Deputy

/s/ *Joseph P. Kennedy*
Joseph P. Kennedy
*Signature of Attorney for Plaintiff/Pro Se* Party
Name: KENNEDY KENNEDY & IVES, LLC
Address: 1000 Second Street NW
Albuquerque, NM 87102
Telephone No.: (505) 244-1400
Fax No.: (505) 244-1406
Email Address: jpk@civilrightslawnewmexico.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

EXHIBIT B

# RETURN[1]

STATE OF NEW MEXICO    )
                       )ss
COUNTY OF Santa Fe     )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Rio Arriba County on the 8 day of September, 2015, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]   to _____, an agent authorized to receive service of process for defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[X]   to Diana H. Serrano (*name of person*), Clerk Technician, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

_____
Title (*if any*)

Subscribed and sworn to before me this ___ day of _____

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

**OFFICIAL SEAL**
**Starr M. Clark**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: _____

USE NOTE

1.  Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
2.  If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]