IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN TRUJILLO,

    Plaintiff,

vs.                              Cause No. 15-CV-00901 GBW/WPL

**RIO ARRIBA COUNTY ex rel,
RIO ARRIBA COUNTY SHERIFF'S
DEPARTMENT, DEPUTY GILBERT ATENCIO,**
in his individual capacity, and
**LIEUTENANT MARVIN ARMIJO,**
in his individual capacity,

    Defendant.

## ENTRY OF APPEARANCE

**COMES NOW** Sabrina Rodriguez Salvato from (Brennan & Sullivan, P.A.) and hereby enters her appearance also on behalf of Defendants in the above matter.

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.

By:    /s/ Sabrina Rodriguez Salvato
        Sabrina Rodriguez Salvato
        James P. Sullivan
        128 East DeVargas
        Santa Fe, New Mexico 87501
        (505) 995-8514
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of October, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joseph P. Kennedy, Esq.
KENNEDY, KENNEDY & IVES, LLC
1000 Second Street, NW
Albuquerque, NM 87102
(505) 244-1400
*Attorneys for Plaintiff*

By: /s/ Sabrina Rodriguez Salvato
Sabrina Rodriguez Salvato