# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

*BEFORE DISTRICT JUDGE JAMES O. BROWNING*

| | | | |
|---|---|---|---|
| **CASE NO.:** | 15-901 JB/WPL | **DATE:** | January 13, 2016 |
| **CASE CAPTION:** | Trujillo v. Rio Arriba Cty., et al. | | |
| **CRD:** | N/A – minutes prepared by K. Wild based on transcript | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 8:32 a.m. | **COURT IN RECESS:** | 8:45 a.m. = :13 |

**TYPE OF PROCEEDING:** Initial Scheduling Conference

**COURT'S RULING/DISPOSITION:**  see below

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**  Initial Scheduling Order to the entered by Court

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Joseph Kennedy | Sabrina Rodriguez-Salvato |

## PROCEEDINGS

**COURT IN SESSION:**   8:32 a.m.

**Court:**   Calls case.  Counsel enter appearances.

**Court:**   Have reviewed JSR/PDP; asks if there is anything counsel wish to tell Court about case that might impact scheduling?

Counsel inform there is not.

**Court:**   Provides deadlines to be contained in Scheduling Order. Explains how handles trailing docket. Asks when want settlement conference.

**Mr. Kennedy:**   Near close of discovery – April or May.

**Ms. Salvato:**   No opposition.

**Court:**   If prefer different magistrate judge for settlement conference let Court know. Explains how handles discovery. Suggests post- meet and confer pre-motion conferences - do not require. If file early motions call CRD for hearing ASAP. If need *Daubert* deadlines and cannot agree let CRD

know for Court to resolve – prefer to have *Daubert* issues resolved before trial. Asks where counsel want to try case?

**Mr. Kennedy:**  If can get courtroom, in Santa Fe.

**Ms. Salvato:**  ABQ is fine.

**Court:**  When time to discuss a firm setting with CRD, Plaintiff's counsel should remind CRD want to try in Santa Fe – will run on ABQ docket. Provides disclosure re: April White. Anything further? Counsel inform there is not.

**COURT IN RECESS:**      8:45 a.m.