## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Before the Honorable William P. Lynch, United States Magistrate Judge

*Clerk's Minutes*

| | |
|---|---|
| **Case:** | Trujillo v. Rio Arriba County ex rel, et al. |
| **Case No.:** | 15cv901 JB/WPL |
| **Date:** | March 2, 2016 |
| **Location:** | Telephonic (meet-me line) |
| **Attorney for Plaintiff:** | Theresa Hacsi |
| **Attorney for Defendants:** | Sabrina Salvato |
| **Clerk:** | ph |
| **Type of Proceeding:** | Status to Set Settlement |

*Proceedings Commenced:* 9:29 a.m.
*Court in Recess:* 9:37 a.m.
Total Time: **8 minutes**

**Proceedings:** Defense counsel stated she'd prefer the Court hold the settlement conference after the dispositive motions deadline of June 6, 2016. The Court and parties picked a settlement conference date in mid-June. An order setting the settlement conference will follow.