09/09/2015 21:02 575588 1 RAC RISK MANAGE IT PAGE 07/12

**Scientific Laboratory Division**
1101 Camino de Salud, N.E.
Albuquerque, NM 87102
(505) 383-9000

NPI: 1548488414
Accredited by American Board of
Forensic Toxicology

**Report of Drug Analysis**



**SLD Case #:** IC-DWI-1308-155

**Submitter:** Rio Arriba CO SO-Espanola
1122 Industrial Park Rd.
Espanola, NM 87532

**Donor:** JOHN TRUJILLO
PO BOX 401
Angel Fire, NM 87710

**Arresting Officer:** GILBERT ATENCIO

Date of Birth: 1945
Social Security #:
Date of Arrest: 8/22/2013

**Gender:** Male

**Sample #:** 2013209336
**Source:** Blood, whole

**Date Received:** 8/28/2013 10:34

The toxicological results for the above sample are listed below: **Method**

| | | |
|---|---|---|
| Ethanol | 0.00 g/100 mL | GLC |
| Diazepam | <0.10 mg/L | GCMS |

is a benzodiazepine-type drug prescribed for its antianxiety, anticonvulsant and muscle relaxing properties. It may cause central nervous system depressant effects.

| | | |
|---|---|---|
| Nordiazepam | <0.10 mg/L | GCMS |

is an active metabolite of several benzodiazepines including diazepam (Valium®). It may cause central nervous system depressant effect.

**Reviewer Signature:** _____

**Date of Review:** 11/22/2013

**Print Name:** Rong-Jen Hwang, PHD

On this date I mailed a legible copy of this report to the donor and the submitter at the above address.

**Laboratory Employee:** *Edna Flippin*

**Date Mailed:** 11-25-13

EXHIBIT
H