# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JOHN TRUJILLO,**

      **Plaintiff,**

**vs.**                                   **Cause No.  15-CV-00901 JB-WPL**

**RIO ARRIBA COUNTY ex rel,**
**RIO ARRIBA COUNTY SHERIFF'S**
**DEPARTMENT, DEPUTY GILBERT ATENCIO,**
**in his individual capacity, and**
**LIEUTENANT MARVIN ARMIJO,**
**in his individual capacity,**

      **Defendant.**

## STIPULATION TO DISMISS DEFENDANT MARVIN ARMIJO

    **COME NOW** the Parties, by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(2) and move this Court for an Order dismissing Defendant Marvin Armijo from this cause of action with prejudice.  In support of this Motion, Plaintiff acknowledges that John Trujillo has abandoned all claims against Defendant Marvin Armijo.

    **WHEREFORE,** the Parties respectfully request that the Court dismiss Defendant Marvin Armijo with prejudice.

                  Respectfully submitted,

                  KENNEDY, KENNEDY & IVES

    By:    *Approved via email 07/12/16*
                  Joseph P. Kennedy
                  Theresa V. Hacsi
                  1000 2nd Street NW
                  Albuquerque, NM 87102
                  (505) 244-1400
                  *Attorneys for Plaintiff*

BRENNAN & SULLIVAN, P.A.


By:     /s/ Sabrina Rodriguez Salvato
        Sabrina Rodriguez Salvato
        James P. Sullivan
        128 East DeVargas
        Santa Fe, New Mexico 87501
        (505) 995-8514
        *Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of July, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joseph P. Kennedy, Esq.
Theresa V. Hacsi, Esq.
KENNEDY, KENNEDY & IVES, LLC
1000 Second Street, NW
Albuquerque, NM  87102
(505) 244-1400
(505) 244-1406 FAX
jpk@civilrightslawnewmexico.com
tvh@civilrightslawnewmexico.com
*Attorneys for Plaintiff*


By:     /s/ Sabrina Rodriguez Salvato
        Sabrina Rodriguez Salvato