```
--------------------------------------------------------------------
MEDICAL RECORD                                        Progress Notes
--------------------------------------------------------------------
NOTE DATED: 09/05/2013 12:10
LOCAL TITLE: MEDICATION RECONCILIATION NOTE
STANDARD TITLE: PHARMACY NOTE
VISIT: 09/05/2013 13:30 ABQ RENAL CAPD MD/6TH FLR
************* PATIENT COPY - CONFIDENTIAL INFORMATION **************
```

PRE-RECONCILIATION MEDICATION LIST.

PRIMARY CARE PROVIDER:  SWOBODA,JAYE T

INSTRUCTION TO PATIENT.  Please review the following list of active
medications and be prepared to discuss any changes and/or discrepancies to
this list during today's visit. We would also like to know about any
medications you are taking that have been prescribed by non-VA providers
as well as any over-the-counter medications, vitamins, herbals, etc. you
are taking on a regular basis.  Please add them to this form below.


Active Outpatient Medications (including Supplies):

```
                                            Status       Last Fill
     Active Outpatient Medications          Refills      Expiration
============================================================================
1)   ACCU-CHEK AVIVA PLUS TEST STRIP  Qty:   ACTIVE
     100 for 30 days  Sig: USE 1 STRIP       Refills: 9  Last:08-13-13
     THREE TIMES A DAY TO CHECK BLOOD                    Expr:05-01-14
     GLUCOSE
2)   ASPIRIN 81MG CHEW TAB  Qty: 108 for 90  ACTIVE
     days  Sig: CHEW ONE TABLET BY MOUTH     Refills: 2  Last:07-19-13
     EVERY DAY WITH FOOD OR MILK                         Expr:04-06-14
3)   BISACODYL 5MG TAB  Qty: 30 for 30 days  ACTIVE
     Sig: TAKE ONE TABLET BY MOUTH DAILY AS  Refills: 6  Last:08-08-13
     NEEDED FOR CONSTIPATION.                            Expr:08-09-14
4)   CALCITRIOL 0.25MCG CAP  Qty: 12 for 30  ACTIVE
     days  Sig: TAKE ONE CAPSULE BY MOUTH    Refills: 11 Last:09-01-13
     THREE TIMES PER WEEK (MONDAY,                       Expr:08-09-14
     WEDNESDAY AND FRIDAY)
5)   CALCIUM ACETATE 667MG (CA 169MG) CAP    ACTIVE
     Qty: 90 for 30 days  Sig: TAKE ONE      Refills: 4  Last:08-12-13
     CAPSULE BY MOUTH THREE TIMES A DAY W/               Expr:05-17-14
     MEALS FOR HIGH PHOSPHATE LEVELS
6)   CLOTRIMAZOLE 1% CR (30GM)  Qty: 30 for  ACTIVE
     30 days  Sig: APPLY THIN LAYER TO       Refills: 5  Last:10-23-12
     AFFECTED AREA DAILY FOR FUNGAL                      Expr:10-24-13
     INFECTION
7)   DIAZEPAM 5MG TAB  Qty: 60 for 30 days   ACTIVE
     Sig: TAKE TWO TABLETS BY MOUTH DAILY    Refills: 1  Last:08-03-13
     AS NEEDED FOR ANXIETY                               Expr:10-06-13
8)   DOCUSATE NA 250MG CAP  Qty: 200 for 90  ACTIVE
     days  Sig: TAKE ONE CAPSULE BY MOUTH    Refills: 2  Last:01-05-13
     TWICE A DAY FOR CONSTIPATION.                       Expr:10-18-13
9)   DOCUSATE NA 50MG/SENNOSIDES 8.6MG TAB   ACTIVE
     Qty: 100 for 90 days  Sig: TAKE 1       Refills: 2  Last:06-19-13
              ** THIS NOTE CONTINUED ON NEXT PAGE **
----------------------------------------------------------------------------
TRUJILLO,JOHN EDWARD             VAMC ALBUQUERQUE    Printed:09/05/2013 12:11
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 DOB:05/28/1945       Pt Loc: OUTPATIENT             Vice SF 509
----------------------------------------------------------------------------
```

2 6?,0

**EXHIBIT 2**

```
------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
------------------------------------------------------------------------
09/05/2013 12:10      ** CONTINUED FROM PREVIOUS PAGE **

        TABLET BY MOUTH DAILY AS NEEDED FOR              Expr:10-24-13
        CONSTIPATION.
 10)    ETHACRYNIC ACID 25MG TAB  Qty: 60 for 30    ACTIVE
        days  Sig: TAKE ONE TABLET BY MOUTH         Refills: 6   Last:08-19-13
        TWICE A DAY                                              Expr:03-08-14
 11)    GENTAMICIN 0.1% TOP CRM 15GM  Qty: 15       ACTIVE
        for 30 days  Sig: APPLY THIN LAYER TO       Refills: 11  Last:07-17-13
        AFFECTED AREA DAILY FOR INFECTION.                       Expr:07-16-14
        APPLY TO PD SITE AS INSTRUCTED BY PD
        NURSE TO PREVENT INFECTION
 12)    INSULIN NOVOLIN 70/30 INJ 100 UNIT/ML VI    ACTIVE
        Qty: 2 for 30 days  Sig: INJECT 20          Refills: 1   Last:08-24-13
        UNITS SUBCUTANEOUSLY WITH BREAKFAST                      Expr:10-24-13
        AND INJECT 15 UNITS SUBCUTANEOUSLY
        WITH DINNER FOR DIABETES
 13)    INSULIN SYRINGE 1ML 31G 5/16 IN  Qty:       ACTIVE
        100 for 50 days  Sig: USE SYRINGE           Refills: 2   Last:07-19-13
        SUBCUTANEOUSLY TWICE A DAY FOR INSULIN                   Expr:10-24-13
        INJECTION
 14)    LOSARTAN 100MG TAB  Qty: 90 for 90 days     ACTIVE
        Sig: TAKE ONE TABLET BY MOUTH EVERY         Refills: 2   Last:08-03-13
        MORNING                                                  Expr:12-01-13
 15)    METOPROLOL 100MG TAB  Qty: 180 for 90       ACTIVE
        days  Sig: TAKE ONE TABLET BY MOUTH         Refills: 3   Last:06-07-13
        TWICE A DAY . REPLACES METOPROLOL 50MG                   Expr:04-06-14
 16)    PREDNISONE 5MG TAB  Qty: 38 for 9 days      ACTIVE
        Sig: TAKE TEN TABLETS BY MOUTH EVERY        Refills: 1   Last:05-18-13
        MORNING FOR 2 DAYS, THEN TAKE FIVE                       Expr:04-06-14
        TABLETS EVERY MORNING FOR 2 DAYS, THEN
        TAKE TWO TABLETS EVERY MORNING FOR 3
        DAYS, THEN TAKE ONE TABLET EVERY
        MORNING FOR 2 DAYS
 17)    RENAL MULTIVITAMIN ORAL CAP  Qty: 90 for    ACTIVE
        90 days  Sig: TAKE 1 CAPSULE BY MOUTH.      Refills: 3   Last:08-08-13
        DAILY                                                    Expr:08-09-14
 18)    SIMVASTATIN 80MG TAB  Qty: 45 for 90        ACTIVE
        days  Sig: TAKE ONE-HALF TABLET BY          Refills: 2   Last:08-03-13
        MOUTH EVERY NIGHT FOR CHOLESTEROL                        Expr:04-06-14
 19)    TERAZOSIN HCL 2MG CAP  Qty: 270 for 90      ACTIVE
        days  Sig: TAKE THREE CAPSULES BY           Refills: 3   Last:08-08-13
        MOUTH AT BEDTIME FOR PROSTATE                            Expr:08-09-14
 20)    TRIAMCINOLONE 0.025% CREAM (15GM)  Qty:     ACTIVE
        45 for 90 days  Sig: APPLY THIN LAYER       Refills: 3   Last:10-23-12
        TO AFFECTED AREA TWICE A DAY FOR                         Expr:10-24-13
        INFLAMMATION

No Active Remote Medications for this patient

NAME: _____ DOSE:_____ How many times per day:_____
NAME: _____ DOSE:_____ How many times per day:_____
                   ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
TRUJILLO, JOHN EDWARD           VAMC ALBUQUERQUE       Printed:09/05/2013 12:11
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 DOB:05/28/1945      Pt Loc: OUTPATIENT               Vice SF 509
------------------------------------------------------------------------
```

## John Trujillo -- List of Medicines

## #1744

| | |
|---|---|
| 1 daily | Aspirin 81mg |
| 2 daily | Ethacrynic Acid 25 mg |
| Daily | Novolog aspart 100 unit |
| Daily | Lantus glargine 100 unit |
| Daily | Insulin syringes 1 ml 31G 5/16 inch RX#9265904 |
| Daily | ACCU-CHEK Aviva test strips |
| 1 daily | Losartan 100mg |
| 2 daily | Metoprolol 100mg |
| 1 daily | Renal multivitamin |
| ½ daily | Simvastatin 80mg |
| 3 daily | Terazosin HCL 2 mg |
| With meals | Calcium Acetate 667 mg |
| M/W/F | Calcitriol 0.25 mg |
| Daily | Gentamicin 0.1% 15 gm for port site |
| Daily | Allopurinol 100mg |
| AS NEEDED: | Clotrimazole 1% cream 30gm |
| | Triamcinolone 0.025% cream (15gm) |
| | Flunisolide .025% 200D nasal inhalant spray |
| | Diazepam 5mg |
| | Docusate NA 250 mg/Sennosides 8.6 mg |
| | Glucose tabs 4 gm |
| | Prednisone 5mg |

= need refills