IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN TRUJILLO,

    Plaintiff,

vs.                                                                         No. CIV 15-0901 JB/WPL

RIO ARRIBA COUNTY ex rel. RIO ARRIBA
COUNTY SHERIFF'S DEPARTMENT; DEPUTY
GILBERT ATENCIO, in his individual capacity;
and LIEUTENANT MARVIN ARMIJO, in his
individual capacity,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed December 19, 2016 (Doc. 69)("MOO"). In the MOO, the Court granted in part and denied in part the Defendants' Motion for Qualified Immunity and Summary Judgment, filed June 7, 2016 (Doc. 34). Specifically, the Court: (i) dismissed Plaintiff John Trujillo's only federal claim, asserted pursuant to Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131-12165, with prejudice; and (ii) remanded Trujillo's remaining state law claims and the case to the First Judicial District Court, Rio Arriba County, State of New Mexico for further proceedings. Because the MOO disposed of all issues and claims before the Court, the Court now enters Final Judgment in this matter.

**IT IS ORDERED** that: (i) the Defendants' Motion for Qualified Immunity and Summary Judgment, filed June 7, 2016 (Doc. 34), is granted in part and denied in part; (ii) the federal claim in the case, asserted pursuant to Title II of the Americans with Disabilities Act, 42 U.S.C. §§ 12131-12165, is dismissed with prejudice; (iii) the remaining state law claims and the case are remanded to

the First Judicial District Court, Rio Arriba County, State of New Mexico for further proceedings; and (iv) final judgment is entered.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Counsel:*

Joseph P. Kennedy
Theresa V. Hacsi
Kennedy, Kennedy & Ives, LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

James P. Sullivan
Sabrina Salvato
Brennan & Sullivan, P.A.
Santa Fe, New Mexico

    *Attorneys for the Defendants*