# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔆𝔬𝔲𝔯𝔱

## 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔑𝔢𝔴 𝔐𝔢𝔵𝔦𝔠𝔬
### 𝔒𝔣𝔣𝔦𝔠𝔢 𝔬𝔣 𝔱𝔥𝔢 ℭ𝔩𝔢𝔯𝔨
### ℜ𝔢𝔱𝔢 𝔙. 𝔇𝔬𝔪𝔢𝔫𝔦𝔠𝔦 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 ℭ𝔬𝔲𝔯𝔱𝔥𝔬𝔲𝔰𝔢



**𝔐𝔞𝔱𝔱𝔥𝔢𝔴 𝔍. 𝔇𝔶𝔨𝔪𝔞𝔫**
**ℭ𝔩𝔢𝔯𝔨 𝔬𝔣 ℭ𝔬𝔲𝔯𝔱**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫𝔞𝔩 𝔒𝔣𝔣𝔦𝔠𝔢𝔰**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM  88001
(575) 528-1400
Fax (575) 528-1425

December 21, 2016

Clerk of the District Court
First Judicial District
225 Montezuma Ave.
Santa Fe, NM   87501

      **RE:   John Trujillo v. Rio Arriba County ex rel, et al.,**
             **CV 15-901 JB/WPL**

Dear Sir or Madam:

    Please find enclosed a certified copy of the Memorandum Opinion and Order of Remand to First Judicial District Court, signed by District Judge James O. Browning, along with copies of the entire case file, remanding this case to your Court.

             Yours truly,
             MATTHEW J. DYKMAN, Clerk